UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60085-CIV-COHN/STRAUSS

JENNIFER PALEY,

    Plaintiff,

vs.

THE LAW OFFICES OF MITCHELL D.
BLUHM & ASSOCIATES, LLC,

    Defendant.

_____/

## ORDER REMANDING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Remand [DE 5] ("Motion"). The Court has reviewed the Motion, the record in this case, and is otherwise advised in the premises.

Plaintiff originally filed this case in small claims court in Broward County, Florida, alleging statutory violations of the Florida Consumer Collection Practices Act ("FCCPA") and a violation of § 1692c(a)(2) of the Fair Debt Collection Practices Act ("FDCPA"). Defendant removed the case to this Court on January 15, 2021. DE 1. In her Motion, Plaintiff argues that Defendant has failed to establish that Plaintiff has Article III standing because Plaintiff has alleged only a statutory violation. See Jenkins v. Simply Healthcare Plans, Inc., No. 20-22677-CIV, 2020 U.S. Dist. LEXIS 147433, at *4-5 (S.D. Fla. Aug. 17, 2020) ("as the removing party, [defendant] has the burden of establishing federal jurisdiction — including [plaintiff's] standing."). **Defendant does not oppose the Motion**. The Court agrees that remand is proper because Plaintiff's allegations of a statutory violation are insufficient to invoke this Court's jurisdiction. See id.

Accordingly, because the Court is without subject matter jurisdiction, this case must be remanded. It is therefore **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Remand [DE 5] is **GRANTED**;

2. The case shall be **REMANDED** to the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida;

3. The Clerk of the Court is hereby directed to forward a certified copy of this Order to the Clerk of the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. COCE-20-036790; and

4. The Clerk of the Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of January, 2021.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF